# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson**<br>County and elsewhere | ☑ Secret Indictment<br>☐ Juvenile |

**Defendant Information**

Defendant Name	Jennifer Gladman-Carnall
Alias Name	a/k/a "Precious Jen"
Birthdate	12/19/1981

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☑ No   if yes, original case number _____

New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  David Raskin

**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☑ Currently in State Custody
☐ Currently on Bond

Writ Required    ☐ Yes ☑ No
Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 1 |
| 2 | 18:1951.F/7400/4 | Conspiracy, Substantive Hobbs Act Robbery | 5,6 |
| 3 | 19:924C.F/7830/4 | Brandishing a Firearm in Furtherance of a Crime of Violence | 7 |

Date   12/15/16         Signature of AUSA   /s/ David Raskin