IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In Re: Joint Criminal Jury Trial Docket
September 24, 2018

## **ORDER SETTING PRETRIAL CONFERENCES**

I.

Schedule of Pretrial Conferences

Pursuant to the directions of the Court en banc acting by and through Chief Judge D. Gregory Kays, the following criminal actions are set for pretrial conferences before United States Magistrate Judge John T. Maughmer on **THURSDAY, SEPTEMBER 6, 2018**, commencing at the times shown below or as soon thereafter as they may be reached or heard. No defendant or counsel will be excused because of failure to reach the criminal action at the precise time fixed unless formally ordered by Magistrate Judge Maughmer.

Counsel and the defendant are requested to appear at least ten (10) minutes before their case is scheduled to be heard. **The attorneys, including defense and Government counsel, who will try the case shall attend the pretrial conference. Each defendant is to be present.**

All pretrial conferences will be held in Courtroom 7E (7th Floor), Charles Evans Whittaker United States Courthouse, 400 East 9th Street, Kansas City, Missouri. It is the responsibility of counsel to contact chambers at telephone number 816-512-5745 prior to the pretrial conference to ascertain if the pretrial conference has been continued or rescheduled.

**THURSDAY, SEPTEMBER 6, 2018**

**Before Magistrate Judge John T. Maughmer**

| | | | |
|---|---|---|---|
| 15-00044-CR-W-DGK | | United States | Bruce Clark |
| 9:00 a.m. | | v. | |
| Custody | -01 | Evandro DaCruz Mendes | John Jenab |
| **Portugese Interpreter** | | | |
| | | | |
| 16-00363-CR-W-BCW | | United States | Brad Kavanaugh |
| 9:20 a.m. | | v. | |
| Bond | -02 | Tyler S. Phillips | David Johnson |
| | | | |
| 16-00374-CR-W-RK | | United States | David Raskin and |
| 9:30 a.m. | | v. | |
| Custody | -03 | Kelli Bramlett | P.J. O'Connor |
| Custody | -04 | Michael Keavney | F.A. White, Jr. |
| Custody | -05 | Jason Clapp | Martin Warhurst |
| Custody | -09 | Daniel Montenegro | Daniel Herrington |
| Custody | -10 | Lafonda Lee | James Spies |
| | | | |
| 17-00069-CR-W-DGK | | United States | Mike Green |
| 9:50 a.m. | | v. | |
| Custody | -01 | Luis Gael Valtierra Gutierrez | Robert Kuchar |
| **Interpreter** | | | |
| | | | |
| 17-00077-CR-W-HFS | | United States | Alison Dunning and |
| 10:00 a.m. | | v. | Bruce Clark |
| Bond | -01 | Brian Fansher | William Raymond |
| | | | |
| 17-00179-CR-W-DGK | | United States | Patrick Daly |
| 10:10 a.m. | | v. | |
| Custody | -02 | Cynthia Ann Holman | David Johnson |
| | | | |
| 17-00206-CR-W-DGK | | United States | Paul Becker and |
| 10:20 a.m. | | v. | Courtney Pratten |
| Bond | -01 | Carol Ann Davis | William Raymond |
| | | | |
| 17-00225-CR-W-DGK | | United States | Jeff McCarther |
| 10:30 a.m. | | v. | |
| Custody | -01 | Jeremy T. Pile | Robert Kuchar |
| | | | |
| 17-00236-CR-W-BP | | United States | Alison Dunning |
| 10:40 a.m. | | v. | |
| Bond | -01 | Edgar Israel Reyes-Toscano | Travis Poindexter |
| Custody | -02 | Vanessa Sanchez | Lisa Nouri |
| | | | |
| 17-00267-CR-W-GAF | | United States | Adam Caine |

| | | |
|---|---|---|
| 10:50 a.m.<br>Custody -01 | v.<br>Neil McCleery | Todd Schultz |
| 17-00273-CR-W-HFS<br>11:10 a.m.<br>Bond -01 | United States<br>v.<br>Melvin T. Gardner | Jeff McCarther<br><br>F.A. White, Jr. |
| 17-00310-CR-W-DGK<br>11:20 a.m.<br>Bond -01 | United States<br>v.<br>Jamel L. Fields | Trey Alford<br><br>Carie Allen |
| 17-00311-CR-W-HFS<br>11:30 a.m.<br>Custody -01 | United States<br>v.<br>Michael R. Goeller | David Luna<br><br>Robert Kuchar |
| 17-00321-CR-W-DGK<br>11:40 a.m.<br>Bond -01 | United States<br>v.<br>Shawn A. Nero | Trey Alford<br><br>Todd Schultz |
| 17-00351-CR-W-BP<br>11:50 a.m.<br>Bond -01 | United States<br>v.<br>Curtis E. Thrower | Matthew Moeder<br><br>Travis Poindexter |
| 18-06001-CR-SJ-HFS<br>1:30 p.m.<br>Bond -01 | United States<br>v.<br>Paul L. Miller | Emily Morgan<br><br>Todd Schultz |
| 18-00015-CR-W-BP<br>1:40 p.m.<br>Custody -01 | United States<br>v.<br>Rashidi Crosdale | Matthew Moeder<br><br>S. Chase Higinbotham |
| 18-00023-CR-W-HFS<br>1:50 p.m.<br>Custody -01 | United States<br>v.<br>Arne N. Steenkamp | David Luna<br><br>Eric Vernon |
| 18-00039-CR-W-GAF<br>2:00 p.m.<br>Custody -01 | United States<br>v.<br>Donald Richie | Trey Alford<br><br>Carie Allen |
| 18-00050-CR-W-GAF<br>2:10 p.m.<br>Custody -01 | United States<br>v.<br>Christopher Good | David Raskin<br><br>Anita Burns |

## II.

### Pretrial Conference

Counsel are instructed to be prepared to discuss the following issues at the pretrial conference:

1. Anticipated questions of admissibility of evidence, and

2. Any other questions of law on which the parties desire pretrial rulings.

The Agenda at the initial pretrial conference will include:

1. Facts or circumstances requiring a larger than normal jury panel (more than 45);

2. Pending motions;

3. Estimated trial time;

4. Discovery problems;

5. Possible stipulations (counsel should have proposed stipulations available for review and signature by the parties at the conference);

6. Number of exhibits to be offered at trial;

7. Number of witnesses to be called at trial; and

8. Change of plea or dismissal of charge.

Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing **, 2018**.

## III.

### Change of Plea

Regarding a change of plea, it is

ORDERED that counsel for a defendant who intends to change his plea from "not guilty" to "guilty"  or "nolo contendere" shall immediately call the Courtroom Deputy of the assigned District Judge at the telephone numbers listed below so that a change of plea hearing can be set before the District Judge.  **THE CHANGE OF PLEA SHALL BE COMPLETED BEFORE THE BEGINNING OF THE ?, 2018, TRIAL DOCKET.**  Counsel shall then immediately notify my chambers at 816-512-5745 of the date for the scheduled change of plea.

*/s/ JOHN T. MAUGHMER*
JOHN T. MAUGHMER
United States Magistrate Judge

Kansas City, Missouri

Courtroom Deputy Information:

| **DISTRICT JUDGE** | **COURTROOM DEPUTY** | **PHONE** |
| --- | --- | --- |
| D. Gregory Kays | Tracy Strodtman | 816-512-5612 |
| Beth Phillips | Kelly McIlvain | 816-512-5744 |
| Brian C. Wimes | Joella Baldwin | 816-512-5052 |
| Stephen R. Bough | Tracy Diefenbach | 816-512-5376 |
| Roseann Ketchmark | LaTandra Wheeler | 816-512-5629 |
| Howard F. Sachs | Christy Anderson | 816-512-5063 |
| Dean Whipple | Rhonda Enss | 816-512-5644 |
| Ortrie D. Smith | Renea Matthes-Mitra | 816-512-5689 |
| Nanette K. Laughrey | Renea Matthes-Mitra | 816-512-5689 |
| Fernando J. Gaitan, Jr. | Rhonda Enss | 816-512-5644 |
| Gary A. Fenner | Lisa Mitchell | 816-512-5660 |