# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.16-00374-01-CR-W-RK |
| | ) |
| | ) |
| Jennifer Gladman-Carnell, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO DRAFT PSI

COMES NOW Defendant, by and through appointed counsel, and hereby requests this Honorable Court grant an extension of time up to and including October 5, 2018, 2018, to file objections to the draft PSI.

### SUGGESTIONS IN SUPPORT OF MOTION

1. Defendant's draft PSI has been prepared and objections are due on September 10, 2018.

2. Counsel needs additional time to obtain documents ad meet with client to go over the PSI. Counsel also needs time to draft and file the objections.

WHEREFORE for the above stated reasons, Defendant respectfully requests this Court, grant an extension of time until October 5, 2018, to file objections to the PSI.

1

Respectfully submitted,

/s/
Susan M. Hunt
1600 Genessee, Suite 806
Kansas City, MO. 64102
(816) 221-4588

I hereby certify that on September 10, 2018, the forgoing was filed in the Court's electronic filing system and a copy electronically served on all parties.

/s/
Susan M. Hunt